## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **JOHN MASON,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **CIVIL ACTION NO. 3:15-cv-03172-N** |
| **vs.** | § | |
| | § | **JURY** |
| **TRAVELERS LLOYDS OF TEXAS** | § | |
| | § | |
| **Defendant.** | § | |

### STIPULATION OF DISMISSAL

Plaintiff John Mason ("Plaintiff") and Defendant Travelers Lloyds of Texas Insurance Company ("Defendant") file this Stipulation of Dismissal:

1.      Plaintiff and Defendant have resolved all disputes between them and hereby stipulate that this civil action, including all claims and causes of action which were asserted by Plaintiff against Defendant should be dismissed with prejudice, with costs borne by the party incurring same.

2.      The parties hereto are, along with the filing of this Stipulation, submitting a proposed Agreed Order of Dismissal With Prejudice to the Court for entry.

Respectfully submitted,

 /s/     Zach Moseley
BILL L. VOSS
Texas Bar No. 24047043
SCOTT G. HUNZIKER
Texas Bar No. 24032446
ZACH MOSELEY
Texas Bar No. 24092863
**THE VOSS LAW FIRM**
26619 Interstate 45
The Woodlands, Texas 77380
(713) 861-0015 (Telephone)
(713) 861-0021 (Facsimile)
scott@vosslawfirm.com
zach@vosslawfirm.com

**ATTORNEYS FOR PLAINTIFF**

 /s/     Alissa Puckett
WM. LANCE LEWIS
Texas Bar No. 12314560
ALISSA PUCKETT
Texas Bar No. 24056886
**QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.**
2001 Bryan Street, Suite 1800
Dallas, Texas  75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Facsimile)
llewis@qslwm.com
apuckett@qslwm.com

**ATTORNEYS FOR DEFENDANT
TRAVELERS LLOYDS OF TEXAS
INSURANCE COMPANY**

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that a true and correct copy of the foregoing has been furnished to all counsel of record electronically in accordance with the Federal Rules of Civil Procedure, this 4th day of January 2016.


*/s/ Alissa Puckett*
Wm. Lance Lewis /Alissa Puckett