## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **JOHN MASON,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **CIVIL ACTION NO. 3:15-cv-03172-N** |
| **vs.** | § | |
| | § | **JURY** |
| **TRAVELERS LLOYDS OF TEXAS** | § | |
| | § | |
| **Defendant.** | § | |

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

Before the Court in the above styled and numbered cause is the parties' Stipulation of Dismissal filed January 4, 2016. By their Stipulation the parties inform the Court that all matters in controversy have been resolved and that this case may be dismissed with prejudice, with all parties bearing their own costs. Having considered the Stipulation of Dismissal, the Court makes and delivers the following ruling:

IT IS ORDERED that this civil action, including all claims and causes of action which were or could have been asserted herein by Plaintiff against Defendant, is in all respects dismissed with prejudice to the refiling of same, with court costs to be borne by the party incurring same.

This Order disposes of all claims among all parties and constitutes final judgment herein.

Signed this 11th day of January, 2016.

_____
David C. Godbey
United States District Judge